No. 11–9156.  WALTERS v. KIDS ARE US LEARNING CENTERS, INC.  Ct. App. D. C.  Certiorari denied.

No. 11–9163.  NHIEU HUYNH v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–9166.  DAHLSTROM v. TROMBLEY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–9174.  GRAY v. WALKER ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–9176.  GARRETT v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–9177.  GERMAN v. BROWARD COUNTY SHERIFF'S OFFICE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–9180.  HENDRIX v. THOMPSON, SHERIFF, HARRIS COUNTY, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–9181.  FRIEDMAN v. GALLEY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–9183.  GARCIA v. RODEN, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK.  C. A. 1st Cir.  Certiorari denied.

No. 11–9184.  FACEN v. JAMES, SUPERINTENDENT, LIVINGSTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–9185.  HOFFNER v. VARANO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–9187.  HILTON v. FLORIDA PAROLE COMMISSION ET AL.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 11–9189.  GAMAGE v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 11–9191.  GIVENS v. MAIN STREET FINANCIAL SERVICES CORP. ET AL.  C. A. 4th Cir.  Certiorari denied.